UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  8:22-01159 (ADS)                                           Date:  September 29, 2022

Title:  *Arch Ins. Co. v. Surf and Turf Holding Co., LLC, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|            Kristee Hopkins            |            None Reported            |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):         Attorney(s) Present for Defendant(s):
              None Present                                               None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

  Plaintiff Arch Insurance Co. filed the Complaint on June 13, 2022.  (Dkt. No. 1.)  Plaintiff was required to effectuate the service of the summons and complaint by September 12, 2022.  See Fed. R. Civ. P. 4(m).  On September 22, 2022, the undersigned issued an Order Regarding Service of Process, ordering Plaintiff to explain why it had not filed a proof of service of process on the defendants.  (Dkt. No. 7.)  Six days later, Plaintiff filed its response stating it has not effectuated service yet because it is attempting to resolve the claims between the parties without having to serve the complaint.  (Dkt. No. 8 at 2.)  Plaintiff claims that if settlement is unsuccessful, it will then effectuate service on the defendants.  (Id.)  Plaintiff argues good cause exists to extend the time to effectuate service.  (Id.)

  Based on the current record, the Court finds good cause does not exist.  Plaintiff provides no declaration (1) detailing its efforts to settle this case and (2) explaining why settlement discussions has precluded it from effectuating service.

//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-01159 (ADS)                                              Date: September 29, 2022

Title: *Arch Ins. Co. v. Surf and Turf Holding Co., LLC, et al.*

    Plaintiff is ordered to show cause why this case should not be dismissed pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).  Plaintiff's response is due no later than **October 6, 2022**.  The Court cautions Plaintiff that failure to file a timely response may result in the action being dismissed for failure to timely serve process under Federal Rule of Civil Procedure 4(m) and failure to prosecute and comply with court orders under Federal Rule of Civil Procedure 41(b).

    **IT IS SO ORDERED.**

Initials of Clerk kh